| | |
|---|---|
| ELIZABETH DAY (SBN 177125) | CAROLYN CHANG (217933) |
| eday@feinday.com | carolyn@martonribera.com |
| MARC BELLOLI (SBN 244290) | HECTOR J. RIBERA (221511) |
| mbelloli@feinday.com | hector@martonribera.com |
| DAVID ALBERTI (SBN 220625) | DAVID D. SCHUMANN (223936) |
| dalberti@feinday.com | david@martonribera.com |
| **FEINBERG DAY ALBERTI &** | RYAN J. MARTON (223979) |
| **THOMPSON LLP** | ryan@martonribera.com |
| 1600 El Camino Real, Suite 280 | **MARTON RIBERA** |
| Menlo Park, CA 94025 | **SCHUMANN & CHANG LLP** |
| Tel: 650.618.4360 | 548 Market Street, Suite 36117 |
| Fax: 650.618.4368 | San Francisco, CA 94104 |
| | Tel.: (415) 360-2511 |

*Attorneys for Defendant VeriFone Systems, Inc.*

CABRACH J. CONNOR
Texas Bar No. 24036390 (*pro hac vice*)
cab@connorkudlaclee.com
JENNIFER TATUM LEE
Texas Bar No. 24046950 (*pro hac vice*)
jennifer@connorkudlaclee.com
**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Telephone: 512.777.1254
Facsimile: 888.387.1134

*Attorneys for Plaintiff Blue Sky Networks, LLC*

GRANTED
Judge Yvonne Gonzalez Rogers
3/26/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SKY NETWORKS, LLC, | CASE NO. 4:17-cv-06567-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| VERIFONE SYSTEMS, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

The parties stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal without prejudice of all claims, defenses, and counterclaims between the parties in this case with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

-1-

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE- CASE NO. 17-06567-YGR**

Dated: March 20, 2018                    Respectfully Submitted,

By /s/ *Marc Belloli*
Marc Belloli

FEINBERG DAY ALBERTI & THOMPSON LLP
Marc Belloli
mbelloli@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Telephone: 650 618-4360
Facsimile: 650 618-4368

CABRACH J. CONNOR
Texas Bar No. 24036390 (*pro hac vice*)
cab@connorkudlaclee.com
JENNIFER TATUM LEE
Texas Bar No. 24046950 (*pro hac vice*)
jennifer@connorkudlaclee.com
CONNOR KUDLAC LEE PLLC
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Telephone:  512.777.1254
Facsimile:  888.387.1134

*Attorneys for Plaintiff*
Blue Sky Networks, LLC

By: /s/ *Carolyn Chang*
Carolyn Chang
MARTON RIBERA SCHUMANN & CHANG LLP
CAROLYN CHANG (SBN 217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2514

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I caused to be electronically filed the foregoing Stipulation of Partial Dismissal Without Prejudice via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: March 20, 2018                    By: /s/ *Marc Belloli*
Marc Belloli

-2-

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE- CASE NO. 17-06567-YGR**